

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>ISAIAS NAVARRO,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR 15-76-03<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Monday, May 9</u>, <u>2016</u>, at <u>1:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Karen E. Scott</u>, in Courtroom <u>6B</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 5/5/16

U.S. ~~District Judge~~/Magistrate Judge
KAREN E. SCOTT